**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00120-WS-MU |
| ROBERTO ULIN AJIN | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 20) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment, Title 8 U.S.C. § 1326(a) – Illegal Reentry, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **September 16, 2025, at 10:00 a.m., before U. S. District Judge William H. Steele.**

**DONE and ORDERED** 26th day of June 2024.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE